# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO RAMIREZ-MARENTES, | Case No. SACV 05-551-GHK(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| STUART RYAN, Acting Warden, | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:   7/18/10

GEORGE H. KING
United States District Judge